# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sherry S. Carlisle<br>aka Sherry Carlisle<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-13141 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf Pennsylvania Housing Finance Agency as Servicer for of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and index same on the master mailing list.

                Respectfully submitted,

                **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                Thomas Puleo, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322 FAX (215) 627-7734