United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Melissa B. Prushan  
Michael Prushan  
    Debtors

Case No. 17-13037-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melissa B. Prushan, Michael Prushan, 3518 Primrose Road, Philadelphia, PA 19114-2622 |
| 13909917 | + | Alpha Recovery Corp, 5660 Greenwood Village, Englewood, CO 80111-2416 |
| 13923649 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13909930 | + | Promise Fin/first Assc, 22 Hudson Pl Ste 2, Hoboken, NJ 07030-6752 |
| 13952998 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR PA HOUSING FINANCE AGENCY), c/o REBECCA ANN SOLARZ, 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 24 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13920034 | | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2022 23:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 13909916 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 24 2022 23:44:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 13994784 | | Email/Text: megan.harper@phila.gov | Jun 24 2022 23:44:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13909918 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2022 23:46:25 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13909920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2022 23:46:26 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13909921 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2022 23:46:17 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13909922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2022 23:46:17 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13909923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2022 23:46:35 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13909925 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2022 23:44:00 | Comenity Bank/New York & Co, Po Box 182125, Columbus, OH 43218-2125 |
| 13909933 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Jun 24 2022 23:46:35 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 13909926 | + | Email/Text: mrdiscen@discover.com | Jun 24 2022 23:44:00 | Discover Bank, 502 E Market St, Greenwood, DE 19950-9700 |
| 13914846 | | Email/Text: mrdiscen@discover.com | Jun 24 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13909927 | + | Email/Text: mrdiscen@discover.com | Jun 24 2022 23:44:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13917283 | + | Email/Text: dplbk@discover.com | Jun 24 2022 23:44:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 13909919 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 24 2022 23:46:34 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 13909928 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2022 23:44:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13941570 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2022 23:46:26 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13947334 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2022 23:44:00 | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13909929 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2022 23:44:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 13976517 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2022 23:46:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13910345 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 24 2022 23:46:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13974395 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2022 23:44:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13909931 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2022 23:46:35 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13968145 | + | Email/Text: bncmail@w-legal.com | Jun 24 2022 23:44:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13909932 | + | Email/Text: bncmail@w-legal.com | Jun 24 2022 23:44:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13909924 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 24, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2022                              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Michael Prushan brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Melissa B. Prushan brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

———————————————————————————————————

In Re: Melissa B. Prushan and Michael Prushan

        Debtor(s)

Case No: 17−13037−mdc

Chapter: 13

———————————————————————————————————

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/24/22

40 − 39
Form 138OBJ